ACCEPTED
05-15-00963-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
8/11/2015 10:14:46 PM
LISA MATZ
CLERK

JUDGEMENT / SENTENCE DATE August 6, 2015
MOTION FOR NEW TRIAL FILED____YES ✓NO DATE_____

_____
Deputy District Clerk

FILED IN
5th COURT OF APPEALS DRAWER #40
DALLAS, TEXAS
8/11/2015 10:14:46 PM
LISA MATZ
Clerk

THE STATE OF TEXAS                    CAUSE NO. F1-352-333

VS.                                   194TH DISTRICT COURT_____

Cornelius Turner                      DALLAS COUNTY, TEXAS

FILED
2015 AUG -7 PM 12:41
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEX
DEPUTY

## DEFENDANT'S NOTICE OF APPEAL AND PAUPER OATH

## APPOINTMENT OF ATTORNEY ON APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Defenant in the above cause and states: I am the defendant in the above cause; I was convicted in this cause and now give Notice of Appeal to the Texas Court of Appeals for the Fifth Supreme Judicial District of Texas of Dallas, Texas, and that I am penniless, destitute and indigent person, too poor to employ counsel to represent me on the appeal, and too poor to pay for or give security for the Statement of Facts and a true copy thereof herein. WHEREFORE, I pray that the Court will appoint an attorney to represent me in this appeal and that the Court will order the Court Reporter of this Court to prepare and deliver me or my appointed Counsel the original and a true copy of the Statement of Facts in this case, together with all exhibits attached thereto if practical.

X_____
Defendant

BEFORE ME, the undersigned authority, personally appeared the above Defendant, known to me to be the person whose signature appears above, and after being duly sworn on oath states that he is the defendant in the above cause, and that the matters and things set forth in the foregoing are true and correct in all things.

Felicia Pitre
DISTRICT CLERK
Dallas County, Texas          By _____
                                        Deputy District Clerk

## ORDER

The Defendant having requested the Court to appoint Counsel,

it is Ordered the Honorable_____Valencia Bush_____,

Address:_____
a regular licensed and practicing attorney of Texas, be, and he/she is hereby appointed to represent Defendant in prosecuting his/her appeal herein, and it is further Ordered that the Court Reporter is hereby directed to transcribe all of the notes as same may appertain to this cause and as taken during the trial of this cause which began on

_____, _____, and make Statement of Facts in duplicate and furnish same to defendant or his appointed Counsel.

_____
Judge

FORM 40